IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES ex rel. HOLMES | § | PLAINTIFF |
| | § | |
| v. | § | CIVIL NO.: 1:13cv85-HSO-RHW |
| | § | |
| NORTHROP GRUMMAN | § | DEFENDANTS |
| CORPORATION AND HUNTINGTON | § | |
| INGALLS INCORPORATED | § | |

## FINAL JUDGMENT

This matter came on to be heard on the Motion to Disqualify Relator and Dismiss First Amended Complaint [151] filed by Defendants Northrop Grumman Corporation and Huntington Ingalls Incorporated. The Court, after a full review and consideration of Defendants' Motion, Relator's Response [156], Defendants' Rebuttal [157], the record, and relevant legal authorities, finds that in accord with the reasons more fully stated in its Memorandum Opinion and Order entered herewith,

**IT IS**, **THEREFORE**, **ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITH PREJUDICE** as to Relator Donald Holmes, but **WITHOUT PREJUDICE** as to any rights of the United States government.

**SO ORDERED AND ADJUDGED**, this the 3rd day of June, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE